**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.  CASE NO. 3:08-cr-281-J-32MCR

ANTONIO MAURICE BING

### ORDER

This case is before the Court on two motions to suppress: defendant's Motion to Suppress Statements, Admissions and Confessions and Memorandum of Law (Doc. 21) and defendant's Motion to Suppress Physical Evidence and Statements (Doc. 22). After briefing, the Magistrate Judge conducted an evidentiary hearing on both motions on November 19, 2008. The Magistrate Judge issued a Report and Recommendation (Doc. 32) recommending that the Motion to Suppress Statements be denied and a Report and Recommendation (Doc. 33) recommending that the Motion to Suppress Physical Evidence be denied. Defendant filed objections to both Reports and Recommendations (Docs. 36, 39) and the government responded in opposition to the defendant's objections (Docs. 40, 41).

The Court has now conducted a de novo review of the Motions, finding itself in agreement with the Magistrate Judge's credibility determinations and application of the law to the facts of this case. Therefore, it is hereby

**ORDERED:**

1. Defendant's objections to the Reports and Recommendations of the Magistrate Judge are overruled and the Magistrate Judge's Reports and Recommendations (Docs. 32, 33) are **ADOPTED** as the opinion of the Court.

2. Defendant's Motion to Suppress Statements, Admissions and Confessions (Doc. 21) is **DENIED**.

3. Defendant's Motion to Suppress Physical Evidence and Statements (Doc. 22) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida, this 23rd day of January, 2009.

TIMOTHY J. CORRIGAN
United States District Judge

md.
Copies to:
Hon. Monte C. Richardson, US Magistrate Judge
Kevin C. Frein, AUSA
Thomas M. Bell, Esquire
U.S. Probation
U.S. Pretrial
U.S. Marshal Service